IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZIA SHADOWS, LLC; ALEX GARTH;
and WILLIAM GARTH;

    Plaintiffs,

v.                                                                                               No. 09-cv-0909 WPL/SMV

CITY OF LAS CRUCES
and WILLIAM MATTIACE,

    Defendants.

## AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      January 13, 2014, at 10:00 a.m.

**Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **January 13, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.